UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re: Nerza M. Calzadilla Sosa,            Case No.: 19-12790-SMG
                                            Chapter 7
    Debtor.
_____/

**TRUSTEE'S AMENDED OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    The written response must contain the case name, case number and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, the Chapter 7 Trustee ("*Trustee*"), objects to the following claim:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | Exeter Finance LLC | $21,073.93 | Claim is secured by a 2013 Jeep Patriot. The collateral was not administered by the Trustee.  Accordingly, claim should be disallowed in its entirety without prejudice to claimant pursuing its rights against the collateral. |

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 13, 2020 a true copy of the foregoing was served via the Court's Notice of Electronic Filing upon the Registered Users and by mail to all interested parties as set forth below:

**CM/ECF Service List**:

- Office of the US Trustee          USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez, Esq.              court@bankruptcyclinic.com
- AIS Portfolio Services, LP (Exeter)          ecfnotices@ascensioncapitalgroup.com
- AIS Portfolio Services, LP (Capital One)     ecfnotices@ascensioncapitalgroup.com

**Service via U.S. Mail on Claimant at the following addresses**:

**(Notice and Mailing address on Proof of Claim)**
Exeter Finance LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

**(Matrix addresses)**
Exeter Finance Corp.
P.O. Box 166008
Irving, TX 75016-6008

Exeter Finance LLC
P.O. Box 167399
Irving, TX 75016-7399

**(Docketed notice of appearance address DE#11)**
Exeter Finance LLC Department
AIS Portfolio Services, LP
Account: XXX9514
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73116

By: /s/ Chad S. Paiva_____
Chad S. Paiva, Trustee
6526 S Kanner Highway, #376
Stuart, FL 34997
P: 561-792-4118
E: trustee.paiva@gmail.com